```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/25/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LESLIE MOORE MIRA,

                Plaintiff,

-v-

ARGUS MEDIA, et al.,

                Defendants.
------------------------------------------------------------X

15 **CIVIL** 9990 (RJS)

**JUDGMENT**

Whereas the action having come before the Court, and on March 29, 2017, the Court having issued an Opinion and Order that granted Defendants' motion to dismiss, and stated in the event that Plaintiff Leslie Moore Mira ("Mira") submits a letter and proposed amended complaint renewing her request for leave to amend, Defendants shall submit a response letter by April 24, 2017 in accordance with Rule 2.A of the Court's Individual Rules and Practices. If Mira does not submit a letter and amended complaint by April 19, 2017, the Court will close the case, and whereas on May 16, 2017, Plaintiff having filed a request for leave to amend her complaint, and the matter having come before the Honorable Richard J. Sullivan, United States District Judge, and the Court, on May 16, 2017, having rendered its Order denying Plaintiff's request for leave to amend her complaint; and directing the Clerk of Court to close this case; it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 29, 2017, and May 16, 2017, Defendants' motion to dismiss is granted, and Plaintiff's request for leave to amend her complaint is denied; accordingly, the case is closed.

**Dated:** New York, New York
        May 25, 2017

                                                    RUBY J. KRAJICK

                                                    Clerk of Court

                        BY:
                                                    **Deputy Clerk**